UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>BEHROOZ BADIE,<br><br>    Movant. | Nos. 2:08-cr-0474 WBS KJN P<br>       2:16-cv-0105 WBS KJN<br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 22, 2019, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within fourteen days. Movant has not filed objections to the findings and recommendations.

Although it appears from the file that movant's copy of the findings and recommendations was returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents

1

at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 22, 2019, are adopted in full;

    2. Movant's January 15, 2016 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is denied;

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

    4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-0105 WBS KJN, and to enter judgment.

Dated:  March 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/badi0474.802